UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

JAMES M. SULTAN,

    Plaintiff,

v.

VERIZON COMMUNICATIONS
CORPORATION, BRUCE MERKIS and
HARVEY JACKSON,

    Defendants.

CIVIL ACTION No. 04

04cv11107 WGY

MAGISTRATE JUDGE Alexander

## DEFENDANTS' JOINT NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendants Verizon Communications Inc. ("Verizon"), incorrectly named as Verizon Communications Corporation, Bruce Merkis ("Merkis"), and Harvey Jackson ("Jackson") hereby notice the removal of the above-captioned matter from the Superior Court for Suffolk County, Department of the Trial Court of the Commonwealth of Massachusetts, Civil Action No. 04-1855-E. In support thereof, the Defendants state the following:

1. Defendants Verizon and Merkis were served with a copy of the summons, complaint and civil action cover sheet in this action on May 10, 2004.

2. True and correct copies of the summons, complaint and civil action cover sheet served on Verizon and Merkis are attached hereto as Exhibit A and constitute all process, pleadings and orders served upon those defendants in this action.

3. Defendant Jackson has not been served with process in this action, and by joining in this notice of removal, does not waive and expressly reserves any and all rights and/or defenses as to service or the insufficiency thereof.

FHBoston/1059300.1

4. In accordance with the requirements of 28 U.S.C. § 1446(b), this notice of removal is filed within thirty (30) days after Defendants Verizon and Merkis first received a copy of the initial pleading setting forth the claims for relief upon which Plaintiff's action is based as set forth above.

5. The complaint alleges that Plaintiff worked as an employee of Verizon until his employment was involuntarily terminated on or about May 1, 2001.

6. Paragraphs 3 and 4 of the complaint alleges that Plaintiff's employment termination was due to age discrimination (Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, et seq.) and that he was terminated for requesting his *Weingarten* rights in violation of Section 8(a)(1) of the National Labor Relations Act (29 U.S.C. § 151, et seq.). As Plaintiff's claims are based upon federal statutes, the United States District Court has original jurisdiction. See 28 U.S.C. § 1331.

7. This case is removable to this Court pursuant to 28 U.S.C. § 1441.

8. Pursuant to 28 U.S.C. § 1446(d), the defendants will promptly file a copy of this notice of removal with the Clerk of the Superior Court, Suffolk County, Commonwealth of Massachusetts, and will also serve a copy upon Plaintiff who is pro se and any other counsel of record.

WHEREFORE, Defendants Verizon Communications Inc., Bruce Merkis and Harvey Jackson jointly request that the action now pending against them in the Superior Court of Suffolk County, Department of the Trial Court of the Commonwealth of Massachusetts, Civil Action No. 04-1885-E, be removed to this Court.

Respectfully submitted,

VERIZON COMMUNICATIONS INC, BRUCE MERKIS, and HARVEY JACKSON,

By their attorneys,

*[signature]*

Arthur G. Telegen, BBO #494140
Robert A. Fisher, BBO #643797
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: May 26, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 5/26/04

*[signature]*

FHBoston/1059300.1

- 3 -