UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

FILED CLERK'S OFFICE
2004 MAY 26  A 10: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES M. SULTAN,

    Plaintiff,

v.

VERIZON COMMUNICATIONS CORPORATION, BRUCE MERKIS and HARVEY JACKSON,

    Defendants.

CIVIL ACTION No. 04

04 CV 11107 WGY

## DEFENDANT VERIZON'S DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Defendant Verizon Communications Inc. (incorrectly named as Verizon Communications Corporation) hereby identifies the following corporate or other parents, subsidiaries and affiliates in which it holds securities or other interests:

1. Verizon Communications Inc. is a publicly held company, which owns the following subsidiaries having securities in the hands of the public:

| | |
|---|---|
| Verizon Delaware Inc. | Verizon Maryland Inc. |
| Verizon New Jersey Inc. | Verizon Pennsylvania Inc. |
| Verizon Virginia Inc. | Verizon Washington, D.C. Inc. |
| Verizon West Virginia Inc. | Verizon Capital Corp. |
| Verizon Global Funding Corp. | NYNEX Corporation |
| Verizon New York Inc. | Verizon New England Inc. |
| Verizon California Inc. | Verizon Florida Inc. |
| Verizon Hawaii Inc. | Verizon North Inc. |
| Verizon Northwest Inc. | Verizon South Inc. |
| GTE Southwest Incorporated (d/b/a Verizon Southwest) | |

2. In addition, Verizon Communications Inc. has a minority but controlling interest in Grupo Iusacell, S.S. de C.V., the stock of which is traded publicly in the United States and a

FHBoston/1059346.1

controlling interest in CTI Holdings, SA which has publicly traded bonds. Verizon Communications Inc. owns further a minority but controlling interest in Telecomunicaciones de Puerto Rico, Inc. which has publicly traded notes and a minority controlling interest in CANTV (Venezuela) which has publicly traded ADRs. Verizon Communications Inc. also owns non-controlling minority interests in various other companies which have publicly traded stock in the United States.

VERIZON COMMUNICATIONS INC.

By its attorneys,

*/s/ Arthur G. Telegen*

Arthur G. Telegen, BBO #494140
Robert A. Fisher, BBO #643797
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: May 26, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 5/26/04
*/s/*