UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SULTAN

                                                CIVIL ACTION
                                                NO.04-11107-WGY

   V

VERIZON

## ORDER OF RECUSAL

YOUNG, C.J.

     The presiding judge recuses himself on the ground that he is a shareholder in one of the corporate parties to this litigation.

                                      WILLIAM G. YOUNG
                                      UNITED STATES DISTRICT JUDGE

                                      By the Court,

                                      /s/ Elizabeth Smith
                                      _____
                                           Deputy Clerk