UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>               Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS CORPORATION, BRUCE MERKIS and HARVEY JACKSON;<br><br>               Defendants. | CIVIL ACTION No. 04 CV 11107 MLW |

## ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Defendants Verizon Communications, Inc. ("Verizon") and Bruce Merkis ("Merkis")[1] hereby move to continue the Scheduling Conference, currently scheduled for December 20, 2004. As grounds for this motion, Defendants state that their counsel will be out-of-town on that date due to a long-scheduled vacation.

Further, Defendants state that Plaintiff James Sultan has indicated that he assents to this motion.

---

[1] Defendant Harvey Jackson has never been served in this case.

WHEREFORE, Defendants respectfully request that Court continue the December 20, 2004 scheduling conference and grant such other and further relief as the Court deems just and proper.

VERIZON COMMUNICATIONS, INC.
AND BRUCE MERKIS

By their attorneys,

s/ Robert A. Fisher
Arthur G. Telegen, BBO #494140
Robert A. Fisher, BBO #643797
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000

Dated:  December 6, 2004

### CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that on December 6, 2004 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon plaintiff who is *pro se* in this matter.

s/ Robert A. Fisher

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Robert A. Fisher, hereby certify that I complied with Local Rule 7.1 by attempting to confer in good faith with Plaintiff James Sultan, *pro se*, regarding the foregoing motion.  I attempted to reach Mr. Sultan by telephone on December 1, 2004, by letter that same day and again by telephone on December 6, 2004.  On December 6, 2004, I received a letter from Mr. Sultan stating that he assented to this motion.

s/ Robert A. Fisher