AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

JAMES M. SULTAN

v.

VERIZON COMMUNICATIONS
et al

*FILED IN CLERKS OFFICE 2005 JAN 25 U.S. DISTRICT COURT DISTRICT OF MASS*

**APPEARANCE**

Case Number: 04-11107-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JAMES M. SULTAN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/19/2005 | [signature] |
| Date | Signature |
| | HOWARD I. WILGOREN    527840 |
| | Print Name    Bar Number |
| | 179 UNION AVENUE |
| | Address |
| | FRAMINGHAM    MA    01702 |
| | City    State    Zip Code |
| | (508) 626-8600    (508) 626-8610 |
| | Phone Number    Fax Number |