LAW OFFICE OF
# HOWARD I. WILGOREN

6 BEACON STREET, SUITE 700
BOSTON, MASSACHUSETTS 02108
(617) 523-5233
FAX: (617) 523-5236
HWILGOREN@AOL.COM

FILED
IN CLERKS OFFICE

2005 MAR 16  P 2: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

March 15, 2005

Tony Anastas, Clerk
United States District Court
One Courthouse Way
Boston, MA 021110

Re: **James M. Sultan v. Verizon Communications, et al
Docket No.  04 - 11107** MLW

Dear Mr. Anastas:

Please note my new address as set forth above

Thank you for your attention to this matter.

Sincerely,

Howard I. Wilgoren

Enclosure

cc:   James M. Sultan
      Arthur G. Telegen,  Esquire