UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

JAMES M. SULTAN,

        Plaintiff,

    v.

VERIZON COMMUNICATIONS
CORPORATION, BRUCE MERKIS and
HARVEY JACKSON;

        Defendants.

CIVIL ACTION No. 04 CV 11107 MLW

## CERTIFICATION OF DEFENDANTS VERIZON COMMUNICATIONS, INC. AND BRUCE MERKIS

Pursuant to Local Rule 16.1(D)(2), Defendants Verizon Communications, Inc. and Bruce Merkis and their counsel submit the following certification:

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BRUCE MERKIS

BRUCE MERKIS

Counsel for Defendants

/s/ Robert A. Fisher
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

B3021072.1