UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*****************************
James M. Sultan              *
                             *
   Plaintiff                 *
                             *         CIVIL ACTION NO.
v.                           *         04-11107-MLW
                             *
VERIZON COMMUNICATIONS CORP.,*
Et al                        *
   Defendant                 *
                             *
*****************************
```

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16

Pursuant to Local Rule 16.1(D)(3) James M. Sultan and his counsel affirm that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
James M. Sultan
By His Attorney,

_____
JAMES M. SULTAN
Plaintiff

Dated: April 5, 2005

_____
HOWARD I. WILGOREN, ESQ.
6 Beacon St., Suite 700
Boston, MA 02108
(617) 523-5233
BBO No. 527840