Clerk's Office
USDC, Mass.
Date 4-29-05
by
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * *****
James M. Sultan,                    *
                                    *
            Plaintiff               *
                                    *
v.                                  *   CIVIL ACTION NO.
                                    *   04-11107-MLW
VERIZON COMMUNICATIONS INC.,        *
BRUCE MERKIS, and                   *
HARVEY MERKIS,                      *
                                    *
            Defendants              *
                                    *
* * * * * * * * * * * * * * * * * * * * * *****
```

## MOTION TO AMEND COMPLAINT

Now comes James Sultan, plaintiff in the captioned matter by his undersigned attorney, and moves this Honorable Court to all him to file an amended complaint and demand for jury trial as set forth in Attachment A filed herewith. As grounds for granting the motion Plaintiff states:

1. Plaintiff originally filed a complaint *pro se* in Suffolk Superior Court setting forth, *inter alia,* a claim against defendants for age discrimination in employment.

2. Defendants removed the action to this Court.

3. The amended complaint attached hereto more specifically sets forth the plaintiff's claim and clarifies the issue for the defendants and the Court.

4. Leave to amend the complaint should be liberally approved as aiding in the processing of the case.

5.  Defendants are not prejudiced by the granting of the instant motion to amend the complaint and demand for jury trial.

WHEREFORE, it is respectfully submitted that the instant motion be allowed.

> Respectfully submitted,
> James M. Sultan
> By His Attorney,
>
>
> _____
> **HOWARD I. WILGOREN**
> 6 Beacon St., Suite 700
> Boston, MA 02108
> (617) 523 - 5233
> BBO No. 527840

**DATED: April 29, 2005**

### CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the foregoing documents upon defendant by mailing a copy of same by first class mail, postage prepaid to their attorneys Arthur G. Telegen, Esquire, Robert A. Fisher, Esquire, Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210

_____
Howard I. Wilgoren

Dated: April 29, 2005