5. Defendants are not prejudiced by the granting of the instant motion to amend the complaint and demand for jury trial.

WHEREFORE, it is respectfully submitted that the instant motion be allowed.

Respectfully submitted,
James M. Sultan
By His Attorney,

HOWARD I. WILGOREN
6 Beacon St., Suite 700
Boston, MA 02108
(617) 523 - 5233
BBO No. 527840

DATED: April 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the foregoing documents upon defendant by mailing a copy of same by first class mail, postage prepaid to their attorneys Arthur G. Telegen, Esquire, Robert A. Fisher, Esquire, Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210

Howard I. Wilgoren

Dated: April 29, 2005