# CHARGE OF DISCRIMINATION

form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | 0113128-0 |
| ☒ EEOC | 161A20036 |

__Mass Comm Against Discrimination__ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Mr. James Sultan
**HOME TELEPHONE** (Include Area Code): (617) 822-1367
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: P.O. Box 1240, Boston, MA 02104-1240
**DATE OF BIRTH**: 02/14/1949

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Verizon Communications
**NUMBER OF EMPLOYEES, MEMBERS**: Cat B (101-200)
**TELEPHONE** (Include Area Code): (845) 620-6555
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 2 Blue Hill Plaza, Pearl River, NY 10965
**COUNTY**: 087

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 05/01/2001   LATEST: 05/01/2001
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

1. On or about May 1, 2001, I was involuntarily terminated from my position as Systems Engineer.

2. The reason stated to me was insubordination because I requested a co-worker to attend a meeting to discuss my alleged performance issues and a performance improvement plan.

3. I believe I have been a victim of unlawful employment discrimination because of my race, Black, and religion, Muslim, in violation of Title VII of the Civil Rights Act of 1964, as amended, and because of my age, 52, in violation of the Age Discrimination in Employment Act of 1967, as amended, in that prior to this last year with Respondent my performance had always been satisfactory or above for the 18 years prior to my termination.

RECEIVED OCT 31 2001

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10-31-2001   Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day and year): 10-31-01

EEOC FORM 5 (Rev. 07/99)

**RESPONDENT'S COPY**