FORM NLRB-501

FORM EXEMPT UNDER 44 U.S.C. 3512

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
## CHARGE AGAINST EMPLOYER

DO NOT WRITE IN THIS SPACE

| Case | Date Filed |
|---|---|
| 1-CA-39034 | May 2, 2001 |

**INSTRUCTIONS**
File an original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer: Verizon Communication

b. Number of workers employed: 260,000

c. Address (street, city, state, ZIP code): 125 High St., Boston, MA

d. Employer Representative: Harvey Jackson

e. Telephone No.: (301) 236-1742

f. Type of Establishment (factory, mine, wholesaler, etc.): Regional Bell Operating Co.

g. Identify principal product or service: Tellecommunications

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

A previous scheduled meeting set for 4/26/01 and a request from me to have one of my co-worker present had been asked. On 4/26/01 my boss, Joe Conte stoped me in our lab and told me that I could not have a co-worker present. He went on to say that the PIP process could lead to my dismisal. To me that statement implied that the PIP process was investatory. Joe Conte, also mentioned this PIP process in the past to me, and always with the threat of dismissal. On 4/26 we met along with my co-worker whom they asked to leave. On 5/1 I was called to a room terminated as of 5/1/2001.

By the above and other acts, the above-named employer has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act.

Verizon Communications violated the NLRA by depriving me of my protective right to representation under Epilepsey Foundation.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)

James M. Sultan

4a. Address (street and number, city, state and ZIP code): P.O. Box 1240, Boston, MA 02104

4b. Telephone No.: (617) 686-2606

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization).

N/A

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By: [signature] James M. Sultan
Signature of representative or person making charge

Title: Systems Engineer

Telephone No: (617) 686-2606

Date: 5-2-2001

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**