UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>               Plaintiff,<br><br>      v.<br><br>VERIZON COMMUNICATIONS INC.,<br>BRUCE MERKIS and HARVEY JACKSON,<br><br>               Defendants. | CIVIL ACTION No. 04 CV 11107 MLW |

JOINT REPORT REGARDING SETTLEMENT DISCUSSIONS

      Pursuant to the Court's April 19, 2005 Scheduling Order, the parties hereby jointly report regarding the status and prospects of settlement. After a conference between counsel for the parties about the possibility of settlement, the parties respectfully submit that they have not reached a settlement in this matter and that there is no prospect of settlement at this time.

Respectfully submitted,

| | |
|---|---|
| VERIZON COMMUNICATIONS, INC.<br>BRUCE MERKIS<br>By their attorneys, | JAMES SULTAN<br><br>By his attorney, |
| s/ Robert A. Fisher<br>Arthur Telegen, BBO #494140<br>Robert A. Fisher, BBO # 643797<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832 – 1000 | s/ Howard I. Wilgoren<br>Howard I. Wilgoren BBO # 527840<br>6 Beacon Street, Suite 700<br>Boston, MA 02108<br>(617) 523 - 5233 |

Dated: July 22, 2005

B3072233.1