UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

JAMES M. SULTAN,

Plaintiff,

v.

VERIZON COMMUNICATIONS INC.,
BRUCE MERKIS and HARVEY JACKSON,

Defendants.

CIVIL ACTION No. 04 CV 11107 MLW

JOINT MOTION TO AMEND THE COURT'S APRIL 19, 2005 SCHEDULING ORDER

The parties hereby jointly move to amend the Court's April 19, 2005 Scheduling Order by extending the discovery deadline by three months and all subsequent deadlines accordingly. As grounds for this motion, the parties state:

1.      Plaintiff James Sultan ("Sultan") filed his Complaint pro se, generally asserting a claim for age discrimination and a claim under the National Labor Relations Act. Sultan later obtained counsel.

2.      At the scheduling conference before the Court, counsel for Sultan acknowledged that any claim for age discrimination under the federal Age Discrimination in Employment Act was untimely and that a claim under the National Labor Relations Act was not cognizable. He stated to the Court that he intended to file a motion to amend the Complaint to assert a claim of age discrimination under state law and to provide a more definite statement regarding the factual allegations underlying that claim.

3.      On April 19, 2005, the Court issued the present Scheduling Order.

4.      Thereafter, Sultan filed his motion to amend the Complaint, and Defendants

Verizon Communications, Inc. and Bruce Merkis[1] (collectively "Defendants") opposed that motion. That motion remains pending.

5.      Under the current Scheduling Order, all discovery should be completed by November 30, 2005. Further, the parties are required to file a report by December 16, 2005 as to whether there is a proper basis for filing a motion for summary judgment. A final pre-trial conference is scheduled for January 23, 2005, and trial is scheduled to commence on January 30, 2006.

6.      However, because Sultan's motion to amend the Complaint remains pending, the parties do not know the contours of Sultan's Complaint for purposes of discovery and possible summary judgment.

7.      For these reasons, the parties respectfully request that the discovery period be extended by three months and that all other subsequent dates be extended accordingly.

---

[1]   Defendant Harvey Jackson has never been served with the Complaint in this action. Pursuant to the Court's Scheduling Order, Jackson is dismissed from the action.

WHEREFORE, the parties jointly request that the Court amend its April 19, 2005

Scheduling Order by extending the discovery deadline by three months, that all other deadlines

be extended accordingly and that the Court grant such other and further relief as it deems just

and proper.

Respectfully submitted,

VERIZON COMMUNICATIONS, INC.                    JAMES SULTAN
BRUCE MERKIS
By their attorneys,                                            By his attorney,


s/ Robert A. Fisher                                          s/ Howard I. Wilgoren
Arthur Telegen, BBO #494140                          Howard I. Wilgoren BBO # 527840
Robert A. Fisher, BBO # 643797                      6 Beacon Street, Suite 700
Foley Hoag LLP                                              Boston, MA 02108
155 Seaport Boulevard                                    (617) 523 - 5233
Boston, MA 02210
(617) 832 – 1000

Dated:  November 17, 2005