UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>   Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br>BRUCE MERKIS and HARVEY JACKSON,<br><br>   Defendants. | CIVIL ACTION No. 04 CV 11107 MLW |

ASSENTED-TO MOTION TO CONTINUE MOTION HEARING

Defendants Verizon Communications, Inc. and Bruce Merkis (collectively "Defendants") hereby move to continue the hearing scheduled on Plaintiff's motion to amend the complaint, currently scheduled for December 20, 2005. As grounds for this motion, Defendants state:

  1.  On or about November 29, 2005, the Court scheduled a hearing for December 20, 2005 at 3:00 p.m. on Plaintiff's motion to amend the complaint and Defendants' notice of removal.

  2.  Counsel for Defendants has a long-scheduled hearing in another matter on December 20, 2005, beginning at 10:00 a.m. and which will last the entire day.

  3.  Counsel for Plaintiff has indicated that he assents to this motion.

  4.  Further, both parties are available December 21 or 22, 2005, as an alternative hearing date, if that date is amenable to the Court.

B3132114.1

WHEREFORE, Defendants respectfully request that the Court continue the December 20, 2005 hearing and grant such other and further relief as it deems just and proper.

Respectfully submitted,

VERIZON COMMUNICATIONS, INC.
BRUCE MERKIS
By their attorneys,


s/ Robert A. Fisher
Arthur Telegen, BBO #494140
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832–1000

Dated: December 6, 2005


Assented To:

s/ Howard I. Wilgoren
Howard I. Wilgoren BBO # 527840
6 Beacon Street, Suite 700
Boston, MA 02108
(617) 523 - 5233