```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

JAMES M. SULTAN,           )
    Plaintiff,             )
                           )
    v.                     )     C.A. No. 04-11107-MLW
                           )
VERIZON COMMUNICATIONS     )
CORP., ET AL.,             )
    Defendants.            )

### ORDER

WOLF, D.J.                                      December 12, 2005

    Plaintiff James M. Sultan has not filed a memorandum of law in support of his Motion to Amend Complaint (the "Motion") as required by Local Rule 7.1(B)(1) of the Local Rules of the United States District Court for the District of Massachusetts. Defendants' Opposition to Plaintiff's Motion to Amend the Complaint cites substantial authority for their contention that the proposed amendment is futile and, therefore, should be denied. Accordingly, it is hereby ORDERED that plaintiff shall, by December 16, 2005, either file a memorandum of law in support of his Motion which addresses the defendants' arguments or withdraw the Motion.

                                            ___/s/ MARK L. WOLF_____
                                            UNITED STATES DISTRICT JUDGE