UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JAMES SULTAN</u>,

        Plaintiff

v.                                           CIVIL ACTION
                                            NO. 04-11107-MLW

<u>VERIZON</u>, et al

        Defendants

## <u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF</u>

  Pursuant to Local Rule 83.5.2(c), the counsel of record for the plaintiff, Howard I. Wilgoren, Esq., respectfully moves for leave to withdraw as counsel.

  This motion is made at the request of the plaintiff, James M. Sultan, who has requested that current counsel withdraw as his attorney.

  The plaintiff has retained Gregory R. Barison, Esq., Weston, Patrick, Willard and Redding, 84 State Street, 11th Floor, Boston, MA 01209 to take over his representation in this matter. Attorney Barison will file his Appearance as Counsel for the Plaintiff immediately upon the allowance of this Motion.

                                                             Respectfully submitted,

                                                             James Sultan, Plaintiff,
                                                             by his attorney:


                                                            <u>S/Howard I. Wilgoren</u>
                                                            Howard I. Wilgoren, BBO #527840
                                                            6 Beacon Street, Suite 700
                                                           Boston, MA 02108
                                                           (617) 523-5233

Dated; January 5, 2006