UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JAMES SULTAN</u>,

      Plaintiff

v.                                      CIVIL ACTION
                                       NO. 04-11107-MLW

<u>VERIZON</u>, et al

      Defendants


<u>NOTICE OF APPEARANCE AS COUNSEL FOR THE PLAINTIFF</u>

  Pursuant to Local Rules 5.1(a)(1) and 83.5.2(a), please enter my Appearance as Counsel for the Plaintiff, James M. Sultan.

  I certify that I am admitted to practice in this Court.


                            Respectfully submitted,


                            ------------------------
                            Gregory R. Barison
                            BBO # 029340
                            Weston Patrick
                            84 State Street, 11th Floor
                            Boston, MA 01209
                            (617) 742-9310

date: January 30, 2006