UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>        Defendant. | CIVIL ACTION No. 04 CV 11107 MLW |

## JOINT REPORT REGARDING SETTLEMENT DISCUSSIONS

Pursuant to the Court's April 19, 2005 Scheduling Order, as amended, the parties hereby jointly report regarding the status and prospects of settlement. After a conference between counsel for the parties about the possibility of settlement, the parties respectfully submit that they have not reached a settlement in this matter and that there is no prospect of settlement at this time.

Respectfully submitted,

| | |
|---|---|
| VERIZON COMMUNICATIONS, INC. | JAMES SULTAN |
| By its attorneys, | By his attorney, |
| | |
| s/ Robert A. Fisher | s/ Gregory Barison |
| Arthur Telegen, BBO #494140 | Gregory Barison  BBO # 029340 |
| Robert A. Fisher, BBO # 643797 | Weston Patrick |
| Foley Hoag LLP | 84 State Street |
| 155 Seaport Boulevard | Boston, MA 02109 |
| Boston, MA 02210 | (617) 742-9310 |
| (617) 832 – 1000 | |

Dated: March 22, 2006

B3072233.2