UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JAMES SULTAN**

**CIVIL CASE NO. 04-11107-MLW**

V.

**VERIZON**

Defendant(s)

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **STATUS CONFERENCE** currently scheduled for **APRIL 6, 2006** at **4:00 P.M.** before Judge **Wolf,** in courtroom 10 on the 5th floor, has been CANCELLED.

                                                     SARAH A. THORNTON
                                                     CLERK OF COURT

**April 4, 2006**                                                    By:    **/s/ Dennis O'Leary**
Date                                                                          **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                                                    [ntchrgcnf.]