UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>   Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>   Defendant. | CIVIL ACTION No. 04 CV 11107 MLW |

JOINTLY PROPOSED SCHEDULE FOR SUMMARY JUDGMENT MOTION

The parties jointly propose the following briefing schedule for Defendant's motion for summary judgment:

| | |
|---|---|
| Filing of Defendant's motion for summary judgment | May 31, 2006 |
| Filing of Plaintiff's opposition | June 30, 2006 |
| Filing of a reply memorandum, if any | July 10, 2006 |
| Hearing on Defendant's motion for summary judgment | To be set by the Court |

Respectfully submitted,

| VERIZON COMMUNICATIONS, INC. | JAMES SULTAN |
|---|---|
| By its attorneys, | By his attorney, |
| | |
| s/ Robert A. Fisher | s/ Gregory Barison |
| Arthur Telegen, BBO #494140 | Gregory Barison, BBO # 029340 |
| Robert A. Fisher, BBO # 643797 | Weston Patrick |
| Foley Hoag LLP | 84 State Street |
| 155 Seaport Boulevard | Boston, MA 02109 |
| Boston, MA 02210 | (617) 742-9310 |
| (617) 832 – 1000 | |

Dated: April 25, 2006

B3194015.1