UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>      Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>      Defendant. | CIVIL ACTION No. 04 CV 11107 MLW |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Defendant Verizon Communications, Inc. ("Verizon") hereby moves for summary judgment on the Amended Complaint of Plaintiff James M. Sultan.

In support of its motion, Verizon relies upon the accompanying memorandum of law, the Affidavit of Robert A. Fisher and the Affidavit of Harvey Jackson, all filed herewith.

### REQUEST FOR ORAL ARGUMENT

Verizon respectfully requests that the Court grant it oral argument on its motion for summary judgment, because oral argument will assist the Court in resolving the issues raised in the motion.

B3210192.1

WHEREFORE, Verizon respectfully requests that the Court grant its motion for summary judgment on the Amended Complaint and grant such other and further relief as the Court deems just and proper.

VERIZON COMMUNICATIONS, INC.

By its attorneys,

s/ Robert A. Fisher
Arthur G. Telegen, BBO #494140
Robert A. Fisher, BBO #643797
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000

Dated:  May 31, 2006

## CERTIFICATE OF SERVICE

I, Robert A. Fisher, certify that on May 31, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff by electronically serving his counsel of record.

s/ Robert A. Fisher

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I, Robert A. Fisher, hereby certify that on May 30, 2006 I conferred with Gregory Barison, counsel for plaintiff James Sultan, in good faith to resolve the issues presented in the foregoing motion.  Notwithstanding this good faith attempt, we were unable to resolve these issues.

s/ Robert A. Fisher