UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

JAMES M. SULTAN,

        Plaintiff,

v.

VERIZON COMMUNICATIONS INC.,

        Defendant.

CIVIL ACTION No. 04 CV 11107 MLW

AFFIDAVIT OF HARVEY JACKSON
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Harvey Jackson, do hereby depose and say as follows:

1. I am a former employee of Verizon Services Group ("VSG"), now known as Verizon Services Corp., a subsidiary of Defendant Verizon Communications, Inc. ("Verizon"). I submit this affidavit in support of Verizon's motion for summary judgment on the Amended Complaint of Plaintiff James M. Sultan ("Sultan").

2. Beginning in 1999, I was a manager of the business unit responsible for desktop computer engineering. Sultan was an employee in that group until May 1, 2001. He also was an employee of VSG, not Verizon.

3. My birthday is February 3, 1951. At the time that Sultan's employment was terminated on May 1, 2001, I was 50 years old.

4. After his termination, Sultan was not replaced. The business unit was in the process of reducing headcount, and the termination of Sultan's employment meant that we had one less position to eliminate.

Signed this 29th day of May 2006 under the pains and penalties of perjury,

                                                  s/ Harvey Jackson
                                                  Harvey Jackson

B3206616.1