UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

JAMES M. SULTAN,

    Plaintiff,

v.

VERIZON COMMUNICATIONS INC.,

    Defendant.

CIVIL ACTION No. 04 CV 11107 MLW

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the affidavit and accompanying exhibits listed below have been manually filed with the Court and are available in paper form only:

1. Affidavit of Robert A. Fisher in Support of Defendant's Motion for Summary Judgment (with exhibits A-H)

The original documents are maintained in the case file in the Clerk's Office.

    VERIZON COMMUNICATIONS, INC.

    By its attorneys,

    s/ Robert A. Fisher
    Arthur G. Telegen, BBO #494140
    Robert A. Fisher, BBO #643797
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210
    (617) 832-1000

Dated: May 31, 2006

B3210381.1

## CERTIFICATE OF SERVICE

  I, Robert A. Fisher, certify that on May 31, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff by electronically serving his counsel of record.

                   s/ Robert A. Fisher