UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES SULTAN,

        Plaintiff

v.                                            CIVIL ACTION
                                              NO. 04-11107-MLW

VERIZON COMMUNICATIONS, INC.

        Defendant

## AFFIDAVIT OF BELA HASEK
## IN SUPPORT OF THE PLAINTIFF'S
## OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. My name is Bela Hasek. I reside at 16 Terrrace Hall Avenue, Burlington, MA. My date of birth is 5/19/53. I own BCH Consultants, an information technology business.

2. I worked for Verizon or its corporate predecessors for 15 years

3. I first met James M. Sultan in January of 1999 when we worked together for Bell Atlantic.

4. Beginning in October of 1999, James Sultan and I worked in the same group under Mr. Harvey Jackson.

5. After the merger of Bell Atlantic and GTE to create Verizon in the Spring of 2000, more and more of the work done by older, long time employees, such as myself, James Sultan and Earl Hinckley, was parceled out to younger, contract workers.

6. Both James Sultan and I were instructed to train several of these contract workers to do the very work we were doing ourselves. These included Joe DiRico, Parry Dan, Daniel Bivona, Michelle LaChapelle and Jim Pinto.

7. The Desk Top Information Group in which James Sultan and I worked had teams throughout the eastern seaboard states, headed up by Mr. Bruce Merkis.

8. During the years that James Sultan and I worked together, I found him to be a diligent and extremely capable systems engineer. He was on a par if not superior to many of the other systems engineers in our group.

9. I noticed that James Sultan was often criticized for minor matters, while other system engineers, who were fishing buddies of our immediate supervisor, Joe Conte, were not

reprimanded for even more serious errors. A recurring desktop image error by a Tom Boyle, for instance, was never the focus of any criticism by Mr. Conte.

10. In early February of 2001, I entered a cubicle having been asked to work on a problem with a computer. In the next cubicle was Harvey Jackson. I overheard his half of a telephone conversation in which James Sultan's name was mentioned. Mr. Jackson's half of the conversation included the following:

> "Sultan is at his mosque again." (It was a Friday)

> "No, we don't want to get into religion."

> "Let's just pursue the PIP process... that's our best bet for getting rid of him."

11. James Sultan asked me to accompany him to a PIP meeting on April 26, 2001. I did so, but I was told I could not attend and I then left.

12. When I left Verizon in June of 2001, I knew that many of the younger (under forty) contract workers James Sultan and I had trained were still on the job. In fact, Michelle LaChapelle, who was trained by James Sultan and myself, was hired by Verizon on a permanent basis around April of 2004. I learned this when I was doing contract work for Verizon in 2004.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY:

Bela Hasek:  /s/ Bela Hasek
date: 6/29/06