UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES SULTAN,

      Plaintiff

v.                                   CIVIL ACTION
                                        NO. 04-11107-MLW

VERIZON COMMUNICATIONS, INC.

      Defendant

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the affidavits and accompanying exhibits below have been filed manually with the Court and are available in paper form only:

    1.) Affidavit of the Plaintiff, James M. Sultan, in Support of his Opposition to the Defendant's Motion for Summary Judgment, with Exhibits A - G ; and

    2.) Affidavit of Plaintiff's Counsel, Gregory R. Barison, Esq., in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, with Exhibits A - B.

                              Respectfully submitted,
                              the plaintiff,
                              James M. Sultan,
                              by his attorney:

                              /s/ Gregory R. Barison
                              _____
                              Gregory R. Barison
                              Weston Patrick, P.A.
                              84 State Street / 11th Floor
                              Boston, MA 02109
                              (617) 742-9310
                              BBO # 029340

date: June 30, 2006

CERTIFICATE OF SERVICE

I, Gregory R. Barison, certify that on June 30, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendant by electronically serving its counsel of record.

/s/ Gregory R. Barison
---------------------------