**WESTON PATRICK**
A PROFESSIONAL ASSOCIATION OF INDEPENDENT ATTORNEYS SINCE 1907*
84 STATE STREET
BOSTON, MASSACHUSETTS 02109-2299
(617) 742-9310
FACSIMILE (617) 742-5734

GEORGE B. REDDING (1905 - 1998)
RALPH H. WILLARD, JR. (1917 - 2004)
----------------------------
CHARLES E. HOLLY
C. PETER R. GOSSELS
CHARLES S. ADAMS
RICHARD B. OSTERBERG
PAUL F. RYAN
MICHAEL W. WIGGINS
RONALD E. HARDING
J. WALTER FREIBERG, III
GREGORY R. BARISON

SETH STADFELD
JOHN R. SHEK
PAUL S. ALPERT
ERIC P. FINAMORE
PETER M. MACY
MARK HOLLY
TINA LEUNG
ALLYSON A. GOULD
SAMUEL A. AYLESWORTH
LINDSEY M. BURKE
ERIN B. FINN

CLERK of the COURT
U.S. DISTRICT COURT for the DISTRICT of MASSACHUSETTS
JOHN J. MOAKLEY U.S. COURTHOUSE
ONE COURTHOUSE WAY
BOSTON, MA 02210

June 30, 2006
By Hand

Re: James M. Sultan v. Verizon Communications
    Docket No. 04 CV 11107 MLW

Dear Sir or Madam,

Pursuant to the Court's ECF Administrative Procedures, please find enclosed for filing in the above-referenced case the following documents:

1.) Plaintiff's Notice of Filing with the Clerk's Office;

2.) Affidavit of the Plaintiff, James M. Sultan, in Support of his Opposition to the Defendant's Motion for Summary Judgment, with Exhibits A - G ; and

3.) Affidavit of Plaintiff's Counsel, Gregory R. Barison, Esq., in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, with Exhibits A-B.

The foregoing are being filed manually because they are too large to scan and file electronically.

---

*EACH ATTORNEY IN THIS ASSOCIATION IS AN INDEPENDENT PROFESSIONAL WHO IS NOT RESPONSIBLE FOR THE PRACTICE OR LIABILITY OF ANY OTHER ATTORNEY IN THE ASSOCIATION EXCEPT FOR THOSE DIRECTLY EMPLOYED BY OR PRACTICING IN PARTNERSHIP WITH THAT ATTORNEY

Thank you for your anticipated kind attention to this matter.

                    Very truly yours,

                    Gregory R. Barison

GRB:ssd-enc.
cc: Robert A. Fisher, Esq. (By Hand)
    James M. Sultan

---

*EACH ATTORNEY IN THIS ASSOCIATION IS AN INDEPENDENT PROFESSIONAL WHO IS NOT RESPONSIBLE FOR THE PRACTICE OR LIABILITY OF ANY OTHER ATTORNEY IN THE ASSOCIATION EXCEPT FOR THOSE DIRECTLY EMPLOYED BY OR PRACTICING IN PARTNERSHIP WITH THAT ATTORNEY