UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>　　　　　Defendant. | CIVIL ACTION No. 04 CV 11107 MLW |

**ASSENTED-TO** MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Verizon Communications, Inc. ("Verizon") respectfully requests leave to file the reply memorandum in support its motion for summary judgment, attached hereto at Exhibit A. As grounds for this motion, Verizon states as follows:

1. As set forth in the summary judgment schedule proposed by the parties and endorsed by the Court, any reply memorandum was due on July 10, 2006.

2. Counsel for Verizon unexpectedly was required to travel to South Carolina for several days on business, and, as a result, was unable to comply with the July 10, 2006 deadline for filing any reply brief.

3. Counsel for Sultan has indicated that he does not oppose this request.

B3229466.1

WHEREFORE, Verizon respectfully requests that the Court grant it leave to file the attached reply memorandum and grant such other and further relief as it deems just and appropriate.

VERIZON COMMUNICATIONS, INC.

By its attorneys,

s/ Robert A. Fisher
Arthur G. Telegen, BBO #494140
Robert A. Fisher, BBO #643797
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: July 14, 2006

ASSENTED TO:

s/ Gregory Barison
Gregory Barison, BBO # 029340
Weston Patrick
84 State Street
Boston, MA 02109
(617) 742-9310

CERTIFICATE OF SERVICE

I, Robert A. Fisher, certify that on July 14, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff by electronically serving his counsel of record.

s/ Robert A. Fisher