UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JAMES SULTAN**

                                                            CIVIL ACTION
V                                                           NO. 04-11107-MLW

**VERIZON COMMUNICATIONS et al**

NOTICE

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a **MOTION HEARING** on the defendants' Motion for Summary Judgment **FEBRUARY 5, 2007** at **3:00** P.M. before Judge **WOLF** in Courtroom # **10** on the **5th** floor.

SARAH THORNTON, CLERK

**December 18, 2006**                          By:   **/s/ Dennis O'Leary**
Date                                                 Deputy Clerk

**Notice mailed to:**
(notice.frm - 10/96)                                              [ntchrgcnf.]