UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>　　　　Defendant. | CIVIL ACTION No. 04 CV 11107 MLW |

AFFIDAVIT OF JANE A. SCHAPKER IN SUPPORT OF
DEFENDANT'S RESPONSE TO THE COURT'S
MEMORANDUM AND ORDER TO SHOW CAUSE

I, Jane A. Schapker, being duly sworn, do hereby depose and say as follows:

1. I am employed by Verizon Corporate Services Group Inc. (a wholly owned indirect subsidiary of Defendant Verizon Communications Inc. ("Verizon Communications")) as Executive Director -- Corporate Governance and Assistant Corporate Secretary of Verizon Communications. As a result of my position, I have knowledge of the corporate history and structure of Verizon Communications, of its relation to its various subsidiaries and of its general business activities.

2. I submit this affidavit in support of Verizon Communication's response to the Court's Memorandum and Order to Show Cause in the above-captioned matter.

3. Verizon Communications is a Delaware corporation with its principal place of business located in New York, New York.

Sworn to this 8th day of January 2007 under the pains and penalties of perjury,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jane A. Schapker
　　　　　　　　　　　　　　　　　　　　　　　Jane A. Schapker