```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JAMES SULTAN,                        )
     Plaintiff,                      )
                                     )
     v.                              )   C.A. No. 04-11107-MLW
                                     )
                                     )
VERIZON COMMUNICATIONS, INC.,        )
     Defendant.                      )
```

                          MEMORANDUM AND ORDER

WOLF, D.J.                                            January 16, 2007

    In his amended complaint, plaintiff James Sultan seeks relief pursuant to the Massachusetts Fair Employment Practices Act, M.G.L. c. 151B. Defendant Verizon Communications, Inc., has moved for summary judgment. The plaintiff has filed an opposition. For the reasons described in this Memorandum, Sultan is being ordered to seek to show cause why the defendant's motion for summary judgment should not be granted because of the plaintiff's failure to comply with the Local Rules of this Court.

    Although Sultan has opposed the defendant's motion for summary judgment, his opposition lacks necessary citation to supporting authorities. The relevant Local Rule states that, "[a] party opposing a motion[] shall file a memorandum of reasons, including citation of supporting authorities, why the motion should be granted." D.Mass. R. 7.1(b)(2). In at least one significant respect, the opposition fails to comply with this requirement. The defendant argues that summary judgment should

be granted partly because the defendant was not the plaintiff's employer. The plaintiff responds that the defendant is estopped from asserting this argument, but cites no law in support. This failure leaves the court without the means to evaluate the plaintiff's opposition.

In addition to lacking necessary citation, the plaintiff's opposition does not conform with the page limits and formatting requirements of the Local Rules. "Memoranda supporting or opposing allowance of motions shall not, without leave of court, exceed twenty (20) pages, double-spaced." D.Mass. R. 7.1(b)(4). In violation of this requirement, plaintiff's opposition is thirteen pages single spaced.

"Failure to comply with any of the directions or obligations set forth in...these Local Rules may result in dismissal, default, or the imposition of other sanctions as deemed appropriate by the judicial officer." D.Mass. R. 1.3. Accordingly, it is hereby ORDERED that:

1. Plaintiff shall, by January 22, 2007, seek to show cause why defendant's motion for summary judgment should not be granted because of the plaintiff's failure to comply with the Local Rules of this Court.

2. The plaintiff shall attach to any such filing an amended opposition that conforms with Local Rule 7.1 and, if necessary,

seek leave to exceed the twenty-page limit.

    3.  Any response shall be filed by January 29, 2007.

                                                /s/ Mark L. Wolf
                                                UNITED STATES DISTRICT JUDGE