UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JAMES SULTAN</u>,

       Plaintiff

v.    CIVIL ACTION
    NO. 04-11107-MLW

<u>VERIZON COMMUNICATIONS, INC.</u>, et al

       Defendants

<u>AFFIDAVIT OF PLAINTIFF'S COUNSEL
IN SUPPORT OF
PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE</u>

1. On March 17, 2005, I took the CM/ECF course offered at the Courthouse. The Sultan case was my first opportunity to electronically file pleadings. In focusing on the mechanics of publishing to the pdf format and navigating through the filing system, I inadvertently neglected to ensure that my client's Opposition to the Defendant's Motion for Summary Judgment was doubled-spaced, as required by the Local Rules.

2. The re-formatted Opposition (which expands on and adds case law citations on the issue raised by the Court in its Notice to Show Cause) is filed herewith and is twenty pages in length.

3. I regret and apologize for any inconvenience caused by this misstep on my part, and hope that it is not held against Mr. Sultan and that his case can be decided on the merits.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY:

January 18, 2007        /s/ Gregory R. Barison

        Respectfully submitted,
        the plaintiff,
        by his attorney:

/s/ Gregory R. Barison
_____
Gregory R. Barison
Weston Patrick, P.A.
84 State Street / 11th Floor
Boston, MA 02109
BBO # 029340
(617) 742-9310
gbarison@comcast.net

January 18, 2007

Certificate of Service

I, Gregory R. Barison, certify that on January 18, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendant by electronically serving it counsel of record.

/s/ Gregory R. Barison