UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON SERVICES GROUP,<br><br>        Defendants. | CIVIL ACTION No. 04 CV 11107 MLW |

## ASSENTED-TO MOTION TO CONTINUE TRIAL

Defendant Verizon Services Group moves to continue the trial in this matter, currently scheduled to begin on May 29, 2007. As set forth below, this request is being made to accommodate witness Harvey Jackson and the schedule of Defendant's trial counsel. Plaintiff James Sultan, by his counsel, has indicated that he assents to this request.

As grounds for this motion, Defendant states as follows:

1.    A pretrial conference in this matter is scheduled for May 15, 2007, and the trial currently is scheduled to begin on May 29, 2007.

2.    Plaintiff alleges that VSG terminated his employment because of his age in violation of M.G.L. ch. 151B. Harvey Jackson, a former employee of VSG, made the decision to terminate Sultan and thus is an essential witness for VSG's defense.

3.    Jackson is currently employed by the Howard County Public School system in Fulton, Maryland as a Crisis Intervention Specialist. In that capacity, Jackson works with at-risk students who have been diagnosed as having emotional disturbance. He serves as a resource to these students and assists them in attending regular classes. These students depend upon

B3349661.1

Jackson's assistance on a day-to-day basis, and the school district and Jackson would prefer that he not be absent from these responsibilities during the school year.

4. In addition, Defendant's lead counsel, Arthur Telegen, currently has two long-scheduled labor arbitrations scheduled for May 30, 2007 and May 31, 2007 during the week of the trial. He also is scheduled to be involved in collective bargaining on behalf of a client immediately before and during the week of May 29, 2007.

5. For these reasons, VSG respectfully requests that the trial in this matter be continued to the summer. Plaintiff's counsel has indicated that his client assents to this request.

6. VSG and its witnesses are available the weeks of either August 13, 2007 or August 20, 2007. Counsel for Plaintiff has stated that he and his client are amenable to these dates.

7. Neither party has sought a continuance of the trial date. In November 2005, the parties jointly requested an extension of the discovery deadline because Sultan's motion to amend the complaint in this matter was pending before the Court. The Court granted that request.

WHEREFORE, VSG respectfully requests that the Court continue the trial in this matter and grant such other and further relief as is just and proper.

VERIZON SERVICES GROUP

By its attorneys,

s/ Robert A. Fisher
Arthur G. Telegen, BBO #494140
Robert A. Fisher, BBO #643797
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: April 30, 2007

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

    I, Robert A. Fisher, hereby certify that I complied with Local Rule 7.1 by attempting to confer in good faith with Gregory Barison, counsel for Plaintiff James Sultan, regarding the foregoing motion. On April 23, 2007, I had a telephone conversation with Attorney Barison regarding a continuance of the trial because Mr. Jackson's availability. I again discussed this issue with Attorney Barison during a meeting on April 26, 2007. On April 30, 2006, I received an e-mail from Attorney Barison stating that his client assented to the foregoing motion and was amenable to rescheduling the trial to the weeks of August 13 or 20, 2007.

                                                                                         s/ Robert A. Fisher

## CERTIFICATE OF SERVICE

    I, Robert A. Fisher, certify that on April 30, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff by electronically serving his counsel of record.

                                                                                          s/ Robert A. Fisher