UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VERIZON SERVICES GROUP,<br><br>　　　　Defendants. | CIVIL ACTION No. 04 CV 11107 MLW |

DEFENDANT'S MOTION IN LIMINE TO
PRECLUDE PLAINTIFF'S EXPERT FROM TESTIFYING

Pursuant to Rule 37(c) of the Federal Rules of Civil Procedure, Defendant Verizon Services Group ("VSG") hereby moves to exclude Plaintiff James Sultan's ("Sultan") damages expert, Edward Berger, from testifying in this matter. As described below, Sultan has failed to comply with the expert disclosure requirements of Rule 26(a)(2)(B). Further, Berger's testimony would be unreliable because his proposed methodology for calculating Sultan's alleged damages is wrong as a matter of law.

In support of this motion, Defendant relies upon the accompanying memorandum of law and the Affidavit of Robert A. Fisher.

B3350039.1

WHEREFORE, Defendant respectfully requests that the Court grant its motion in limine to exclude the testimony of Sultan's expert and grant such other and further relief as the Court deems just and proper.

VERIZON SERVICES GROUP

By its attorneys,

s/ Robert A. Fisher
Arthur G. Telegen, BBO #494140
Robert A. Fisher, BBO #643797
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: May 1, 2007

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Robert A. Fisher, hereby certify that I complied with Local Rule 7.1 by attempting to confer in good faith with Gregory Barison, counsel for Plaintiff James Sultan, regarding the foregoing motion. On April 26, 2007, I met with Attorney Barison during a meeting on April 26, 2007 and conferred in good faith with regarding the substance of the foregoing motion. Despite this good faith discussion, we were unable to narrow the issues presented by it.

s/ Robert A. Fisher

## CERTIFICATE OF SERVICE

I, Robert A. Fisher, certify that on May 1, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff by electronically serving his counsel of record.

s/ Robert A. Fisher