UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES SULTAN,

        Plaintiff

v.                                  CIVIL ACTION
                                    NO. 04-11107-MLW

VERIZON, et al

        Defendants

### AFFIDAVIT OF THE PLAINTIFF, PURSUANT TO F.R.CIV.P. 26(a)(1)(C) & LOCAL RULE 26.1 (B)(1) (a)

I, James M. Sultan, the plaintiff in the above-entitled action, on oath do state:

1. Please see the attached documents provided me by Verizon after I was fired.

2. For the period 1/1/87 through 12/31/91, I earned:

    a.) basic compensation:         $186,956.21
    b.) bonuses and incentives:     $   8,450.00

In addition, I received health insurance, contributions to my retirement accounts and tuition payments for continuing education.

3. For the period 1/1/92 through 5/1/01, I earned:

    a.) basic compensation:         $581,997.57
    b.) bonuses and incentives:     $ 40,485.00

As well, I received health insurance, contributions to my retirement accounts and tuition payments for continuing education.

4. In my last full year of employment with Verizon (2000), my basic compensation was $74,300.00, with a bonus/incentive of $5,585.00.

5. I was terminated from employment on May 1, 2001. Through that date I earned:

    Base Salary:         $33,667.27
    Bonus/Incentives:   $  2,100.00

6. Following my termination, I received $12,648.00 in unemployment insurance payments.

7. For the calendar year of 2002, I subsisted primarily on withdrawals from my retirement account in the amount of approximately $38,000.00, on which I had to pay both a penalty and taxes, the above-mention unemployment compensation. I earned from part time work the sum of $1,941.00.

8. For the calendar year of 2003, I earned $12,487.00, working for Spectaguard Acquisition and Publishers Circulation Fulfillment, Inc.

9. For the calendar year of 2004, I earned $31,963.00 from Spectaguard and S & S Credit Company.

10. I have provided counsel for the defendant with my Federal and State tax returns for the years 2001 - 2004, on which I have truthfully reported all of my income.

11. I have lost the difference between what I reasonably expected to make had I continued at Verizon at least through age 65 and what I have been able to earn at subsequent jobs. I anticipate that my losses would include increased retirement benefits, the costs of health insurance and the tuition payments for continuing education.

12. I am advised by my new attorney that expert testimony will be obtained to more fully detail the financial losses I have suffered as a result of my wrongful discharge by Verizon.

Signed under the pains and penalties of perjury:

James M. Sultan:
date:

>Respectfully submitted,
>the plaintiff,
>James M. Sultan,
>by his attorney:
>
>
>------------------------
>Gregory R. Barison
>BBO # 029340
>Weston, Patrick, Willard and Redding
>84 State Street, 11th Floor
>Boston, MA 01209
>(617) 742-9310

date: January 25, 2006