# INVOICE

**To:** Gregory R. Barison, Esquire
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109-2299

**From:** **Ed Berger & Company**        **(617) 227-4900**
3 SCHOOL STREET
BOSTON, MASSACHUSETTS 02108

**Subj:** **INVOICE**

**Re:** Lost income analysis due to James M. Sultan's termination of employment with Verizon on 5/1/2001.

**Date:** February 23, 2006

FOR SERVICES ……………………………………………………………… $ 750

TOTAL DUE……………………………………….. $ 750