```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

JAMES SULTAN,                       )
     Plaintiff                      )
                                    )
     v.                             )  C.A. No. 04-11107-MLW
                                    )
                                    )
VERIZON COMMUNICATIONS, INC.,       )
     Defendant                      )
```

## MEMORANDUM AND ORDER

WOLF, D.J.

On March 27, 2007, the court denied defendant Verizon Communication, Inc.'s Motion for Summary Judgment. The defendant seeks reconsideration of that order. For the reasons discussed in this memorandum, the motion is being denied.

A district court has the authority to reconsider interlocutory orders at any time before final judgment. F.R.Civ.P. 54(b);[1] <u>Perez-Ruiz v. Crespo-Guillen</u>, 25 F.3d 40, 42 (1st Cir. 1994). However, "courts should be loathe to do so in the absence of extraordinary circumstances such as where the initial decision was 'clearly

---

[1] F.R.Civ.P 54 states:

In the absence of [a final] determination and direction, any order or other form of decision, however designated, which adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties shall not terminate the action as to any of the claims or parties, and the order or other form of decision is subject to revision at any time before the entry of judgment adjudicating all the claims and the rights and liabilities of all the parties.

1

erroneous and would work a manifest injustice.'" Christianson v. Colt Indus. Operating Corp., 486 U.S. 800, 817 (1988) (quoting Arizona v. California, 460 U.S. 605, 618 n.8 (1983). Accordingly, "a court should grant a motion for reconsideration of an interlocutory order only when the movant demonstrates (1) an intervening change in the law; (2) the discovery of new evidence not previously available; or (3) a clear error of law in the first order." Davis v. Lehane, 89 F. Supp. 2d 142, 147 (D. Mass. 2000).

The defendant has not satisfied this burden. Instead, he raises arguments that he could have, but did not, raise previously. Moreover, these arguments do not establish clear error. Accordingly, it is hereby ORDERED that Defendant's Motion for Reconsideration (Docket No. 56) is DENIED.

                                             /s/ Mark L. Wolf
                                             UNITED STATES DISTRICT JUDGE