UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

JAMES M. SULTAN,

        Plaintiff,

v.

VERIZON SERVICES GROUP,

        Defendants.

CIVIL ACTION No. 04 CV 11107 MLW

## DEFENDANT'S OBJECTIONS

Pursuant to the Court's March 27, 2007 Order, Defendant Verizon Services Group submits the following objections to the proposed exhibits set forth in the parties' pretrial memorandum:

    A.    Memorandum from E. Berger to G. Barison, dated 2/22/2006

    Objection(s):  (a)    As set forth in Defendant's motion in limine, Sultan has failed to comply with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure;

            (b)    Hearsay (FRE 802).

    B.    The curriculum vitae of Edward Berger

    Objection(s):  (a)    As set forth in Defendant's motion in limine, Sultan has failed to comply with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure;

            (b)    Hearsay (FRE 802).

    Q.    Management Performance Appraisal Year-End 2000

    Objection(s):  (a)    Sultan's comments on the appraisal are hearsay (FRE 802);

            (b)    Relevancy, as any claim of age discrimination based on the performance appraisal is barred by the statute of limitations (FRE 402).

B3352960.1

R.   Management Performance Appraisal, Mid-Year 2000

Objection(s):   (a)   Sultan's comments on the appraisal are hearsay (FRE 802)

(b)   Relevancy, as any claim of age discrimination based on the performance appraisal is barred by the statute of limitations (FRE 402).

V.   Management Performance Appraisal, Performance Year 1998

Objection(s):   (a)   Relevancy (FRE 402). This performance appraisal was for Sultan's work performance in a different job and under different managers than the position which he held at the time of his termination.

W.   Management Performance Appraisal, Year-end 1997

Objection(s):   (a)   Relevancy (FRE 402). This performance appraisal was for Sultan's work performance in a different job and under different managers than the position which he held at the time of his termination.

X.   Management Performance Appraisal, 1996

Objection(s):   (a)   Relevancy (FRE 402). This performance appraisal was for Sultan's work performance in a different job and under different managers than the position which he held at the time of his termination.

Y.   Management Performance Appraisal, Year-end 1995

Objection(s):   (a)   Relevancy (FRE 402). This performance appraisal was for Sultan's work performance in a different job and under different managers than the position which he held at the time of his termination.

- 3 -

                                              VERIZON SERVICES GROUP

                                              By its attorneys,

                                              s/ Robert A. Fisher
                                              Arthur Telegen, BBO #494140
                                              Robert A. Fisher, BBO # 643797
                                              Foley Hoag LLP
                                              155 Seaport Boulevard
                                              Boston, MA 02210
                                              (617) 832 – 1000

Dated: May 8, 2007