UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>             Plaintiff,<br><br>v.<br><br>VERIZON SERVICES GROUP,<br><br>             Defendants. | CIVIL ACTION No. 04 CV 11107 MLW |

UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE TO
PRECLUDE PLAINTIFF'S EXPERT FROM TESTIFYING

Defendant Verizon Services Group ("VSG") respectfully requests leave to file the reply memorandum in support of its motion in limine, a copy of which is attached hereto at Exhibit A. As grounds for this motion, VSG states that the reply memorandum will aid the Court, as it responds to two arguments made by Plaintiff in his opposition. Further, counsel for the Plaintiff has indicated that he does not oppose this motion.

WHEREFORE, VSG respectfully requests that the Court grant it leave to file the attached reply memorandum and grant such other and further relief as it deems just and proper.

                                                                                 VERIZON SERVICES GROUP

                                                                                 By its attorneys,

                                                                                 s/ Robert A. Fisher
                                                                                 Arthur G. Telegen, BBO #494140
                                                                                 Robert A. Fisher, BBO #643797
                                                                                 FOLEY HOAG LLP
                                                                                 155 Seaport Boulevard
                                                                                 Boston, MA 02210
                                                                                 (617) 832-1000

Dated: May 11, 2007

B3355283.1

- 2 -

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

    I, Robert A. Fisher, hereby certify that I complied with Local Rule 7.1 by conferring in good faith with Gregory Barison, counsel for Plaintiff James Sultan, regarding the foregoing motion. On May 11, 2007, I had a telephone conversation with Attorney Barison regarding the motion. He indicated that the Plaintiff does not oppose the foregoing motion for leave.

                                              s/ Robert A. Fisher

## CERTIFICATE OF SERVICE

    I, Robert A. Fisher, certify that on May 11, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff by electronically serving his counsel of record.

                                                s/ Robert A. Fisher