UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11107

| James Sultan | Verizon Cummunications |
|---|---|
| PLAINTIFF | DEFENDANT |
| Greg Barrison | Arthur Telegen |
|  | Robert Fisher |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

CLERK'S NOTES

| DATES: | Pre-trial Conference |
|---|---|
| 5/15/07 | Court starts in the courtroom and goes over the current status of the case. Court establishes May 21, 2007 as the filing date for various items including for filing exhibits, supplemental authority. Court gives each side 20 minutes for their opening statements. Court takes up the defendants motion in limine and listens to oral arguments from the parties. Court allows the motion to strike Mr. Berger's testimony without prejudice to possible reconsideration if a revised report is submitted by Friday, May 18, 2007 and files a motion for reconsid. reconsideration. Court gives its reasoning for its decision from the bench. Court orders the parties to file a trial brief by May 22, 2007. Any reply shall be filed by May 24, 2007. Will select jury on the 29th and go over the legal issues and then have openings on the 30th. Court resumes in the lobby with the parties for a brief settlement conference. |