**Ed Berger & Company**
3 SCHOOL STREET
BOSTON, MASSACHUSETTS 02108

(617) 227-4900

To:   Gregory R. Barison, Esquire
      Weston, Patrick, Willard & Redding
      84 State Street
      Boston, MA 02109-2299

From: Edward P. Berger
      3 School Street
      Boston, MA 02108

Subj: Lost income analysis due to James M. Sultan's termination of employment with Verizon on 5/1/2001.

Date: May 17, 2007

**FACTS:**

1. James M. Sultan's date of birth is February 14, 1949 – making him 58.26 years of age on May 17, 2007.

2. Mr. Sultan's basic compensation and bonus totaled $ 79,885 for the calendar year 2000 (the full year preceding his termination from Verizon).

   For the year 2000, at Verizon, Mr. Sultan's

   | | |
   |---|---|
   | Basic Compensation: | $ 74,300 |
   | Bonus and Incentive: | $  5,585 |
   | Total | $ 79,885 |

3. In the analysis which follows, we shall assume that his 2000 Income ($ 79,885) **remains unchanged** up to age 65 (3/1/2014) – at which point he retires.

**METHODOLOGY:**

We shall compute the Present Value of

   a. Mr. Sultan's "Lost **Past Income**" for the period from 5/1/2001 to 6/1/2007, where each "Lost" payment (payments not received from 5/1/2001 to 6/1/2007) is presumed not to have grown at all until 6/1/2007, and

    b.    Mr. Sultan's "Lost **Future Income**" for the period from 6/1/2007 to 3/1/2014 (age 65), where each "Lost" future payment (payments that will not be received after 6/1/07) will be discounted to adjust for the time value of money at 5%. The choice of a discount rate is essentially the rate on a risk free investment – pension valuation people often use the yield on 30 year Treasury Bonds – which is currently approximately 5%.

Then, since Mr. Sultan had actually earned some income from work with other employers (other than with Verizon), we shall compute

    a.    Non-Verizon Past Income (actually earned) for the period from 1/1/2002 to 6/1/2007 and SUBTRACT that actually earned income from what he did not receive from Verizon for that period. We shall label the difference as the **NET** Lost PAST Income; and

    b.    Assuming that the income Mr. Sultan actually earned in 2006 (last year that figures were given to me) will be maintained from 6/1/2007 through 3/1/2014 (age 65), and that such Expected Future Income will be discounted at 5%, to produce the Present Value of the Expected Future Income. We shall then SUBTRACT the Present Value of that Expected Future Income from the Present Value of what he did not receive from Verizon for that period. We shall label the difference as the **NET Lost Future Income.**

**INCOME DATA from NON-VERIZON EMPLOYERS:**

| Year | Amount | Note |
|---|---|---|
| 2002 | $ 14,589 | |
| 2003 | $ 12,786 | |
| 2004 | $ 31,774 | |
| 2005 | $ 43,718 | |
| 2006 | $ 58,233 | |
| 2007 | $ 24,264 | (assumed / up to 6/1/2007) |
| 2008-2014 | $ 58,233 | (assumed per yr / after 6/1/2007) |

2

Ed Berger & Company

**CALCULATIONS:**

For "Lost Income" (Past, Future and Total),
using a **5% DISCOUNT RATE**:

## PRESENT VALUES

| Annual Growth Rate vs. 2000 | Monthly Income June 1, 2007 | Lost **PAST** Income 5/01-6/07 (6.083 yrs) | + | Lost **FUTURE** Income 6/07-3/2014 (5% Discount Rate) | = | **TOTAL** Lost Income Past+Future |
|---|---|---|---|---|---|---|
| 0% Grth | $ 6,657 | $ 485,958 | + | $ 456,853 | = | **$ 942,811** |
|  |  | Actual **PAST** Income 5/01-6/07 (6.083 yrs) |  | Expected **FUTURE** Income 6/07-3/2014 (5% Discount Rate) |  |  |
|  |  | $ 185,364 | + | $ 333,032 |  |  |
|  |  | **NET** Lost **PAST** Income 5/01-6/07 (6.083 yrs) |  | **NET** Lost **FUTURE** Income 6/07-3/2014 (5% Discount Rate) |  | **NET LOSS** |
|  |  | $ 300,594 | + | $ 123,821 | = | **$ 424,415** |

_Edward P. Berger_
Edward P. Berger

3

Ed Berger & Company

ADDENDUM:

Court Appearances:

    Over the past four years I have testified about 50 times in every Probate and Family Court in Massachusetts, east of and including Hampshire County. My testimony has always been on the Present Value of Pension Benefits and on Qualified Domestic Relations Orders.

Seminars:

    I have given many seminars at MCLE, Mass Bar Association, Boston Bar Association, Worcester County Bar Association, American Academy of Matrimonial Lawyers and to groups of Family Mediators.

Publications:   None

Hourly Rate (for reports and appearances):   $ 250.

Exhibits to be Displayed:   Blackboard

*Edward P. Berger* (signature)
Edward P. Berger

4