UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
******************************
James M. Sultan,              *
                              *
        plaintiff             *
                              *
v.                            *      CIVIL ACTION NO. 04-11107-MLW
VERIZON SERVICES GROUP,       *
                              *
        defendant             *
******************************
```

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ALLOWANCE OF DEFENDANT'S MOTION TO PRECLUDE EXPERT TESTIMONY

NOW COMES the plaintiff, James M. Sultan, and respectfully moves for reconsideration of the court's allowance of the defendant's Motion to Preclude Expert Testimony.

This motion is being filed pursuant to the permission granted by the Court from the bench at the Pre-Trial Conference held on May 15, 2007.

Appended hereto is a revised report from the plaintiff's expert, Edw. Berger, whose trial testimony would be in conformance therewith.

        Respectfully submitted,
        the plaintiff,
        James M. Sultan,
        by his attorney:

        /s/ Gregory R. Barison
        ------------------------
        Gregory R. Barison
        Weston Patrick, P.A.
        84  State Street
        Boston, MA 02109
        (617) 742-8310
        BBO # 029340

date: May 18, 2007

Certificate of Service

I, Gregory R. Barison, certify that on May 18, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendant by electronically serving it counsel of record.

_____/s/ Gregory R. Barison