UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VERIZON SERVICES GROUP,<br><br>　　　　　Defendants. | CIVIL ACTION No. 04 CV 11107 MLW |

## STIPULATION OF TRIAL BY THE COURT

Pursuant to Rules 38(d) and 39 of the Federal Rules of Civil Procedure, Plaintiff James M. Sultan and Defendant Verizon Services Group hereby waive their respective rights to a trial by jury on all issues so triable.  The parties hereby jointly stipulate to trial by the Court.

| VERIZON SERVICES GROUP | JAMES M. SULTAN |
|---|---|
| By its attorneys, | By his attorney, |
| s/ Robert A. Fisher<br>Arthur Telegen, BBO #494140<br>Robert A. Fisher, BBO # 643797<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832 – 1000 | s/ Gregory Barison<br>Gregory Barison, BBO # 029340<br>Weston Patrick<br>84 State Street<br>Boston, MA 02109<br>(617) 742-9310 |

Dated:  May 21, 2007

B3358815.1