UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. SULTAN,<br><br>            Plaintiff,<br><br>v.<br><br>VERIZON SERVICES GROUP,<br><br>            Defendant. | CIVIL ACTION No. 04 CV 11107 MLW |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the following exhibits have been manually filed with the Court and are available in paper form only:

1. Agreed-to Trial Exhibits (1-18)

2. Proposed Trial Exhibits (C-W)

The original documents are maintained in the case file in the Clerk's Office.

                                                 VERIZON SERVICES GROUP

                                                 By its attorneys,

                                                 <u>s/ Robert A. Fisher</u>
                                                 Arthur G. Telegen, BBO #494140
                                                 Robert A. Fisher, BBO #643797
                                                 FOLEY HOAG LLP
                                                 155 Seaport Boulevard
                                                 Boston, MA 02210
                                                 (617) 832-1000

Dated: May 21, 2007

B3359171.1

- 2 -

CERTIFICATE OF SERVICE

      I, Robert A. Fisher, certify that on May 21, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff by electronically serving his counsel of record.

                                                s/ Robert A. Fisher