```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

JAMES M. SULTAN                   )
     Plaintiff                    )
                                  )
          v.                      )  C.A. No. 04-11107-MLW
                                  )
                                  )
VERIZON SERVICE GROUP,            )
     Defendant                    )
```

ORDER

WOLF, D.J.                                           May 18, 2007

For the reasons stated in court on May 15, 2007, it is hereby ORDERED that:

1. Defendant's Motion in Limine to Preclude Plaintiff's Expert From Testifying (Docket No. 57) is ALLOWED without prejudice to possible reconsideration if the plaintiff files, by May 18, 2007, a new expert report curing the deficiencies of the previous expert report.

2. The parties shall, by May 22, 2007, confer as to the sequencing of witness testimony and file:

   a) Proposed exhibits with disputed exhibits noted as such;

   b) Trial briefs which address, among other things, the admissibility of the Massachusetts Commission Against Discrimination and National Labor Relations Board opinions; the similarities and any differences in employment discrimination law under Title VII of the 1964 Civil Rights Act and Chapter 151B of

the Massachusetts General Laws; the legal standard for mixed motive terminations and the law governing multiple damages under Chapter 151B; the limited purpose for which evidence of events barred by statute of limitations should be considered if admitted to place firing into context or under Federal Rule of Evidence 404(b); and

    c) Proposed jury and voir dire questions.

3. Replies shall be filed by May 24, 2007.

4. Each party shall have up to eight hours for the presentation of their case after the jury is selected. The court may increase this time if it is in the interest of justice to do so.

    /s/ Mark L. Wolf
    UNITED STATES DISTRICT JUDGE