```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JAMES SULTAN,                    )
     Plaintiff,                  )
                                 )
          v.                     )  C.A. No. 04-11107-MLW
                                 )
                                 )
VERIZON SERVICES GROUP,          )
     Defendant.                  )
```

                            ORDER

WOLF, D.J.                                              May 29, 2007

    It is hereby ORDERED pursuant to Fed. R. Evid. 615 that each witness in this case:

    1.   Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

    2.   Shall be excluded from the courtroom except when testifying, unless he or she is a party or the designated representative of a party;

    3.   Shall not after testifying tell any prospective witness what he or she was asked or answered.

    This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege, such communications may be explored on direct and/or cross-examination of the witness.

                                                 /s/ Mark L. Wolf
                                         UNITED STATES DISTRICT JUDGE