UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11107

| James Sultan | Verizon Cummunications |
|---|---|
| PLAINTIFF | DEFENDANT |
| Greg Barrison | Arthur Telegen |
| | Robert Fisher |

COUNSEL FOR PLAINTIFF         COUNSEL FOR DEFENDANT

JUDGE   Wolf         CLERK   O'Leary         REPORTER   Romanow

CLERK'S NOTES

| DATES: | Bench Trial - Day 1 |
|---|---|
| 5/29/07 | Court issues sequestration order.  Court goes over preliminary matters with the parties.  Parties deliver their opening statements.  Plaintiff takes the stand and is sworn.  Court takes the morning recess from 11:10 to 11:29 and resumes with Mr. Sultan on the stand.  Testimony ends for the day.  Court goes over the schedule for tomorrow.  Court excuses the plaintiff's expert for tomorrow.  Court reserves his testimony for the end of the evidence if necessary. |