UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11107

| James Sultan | Verizon Cummunications |
|---|---|
| PLAINTIFF | DEFENDANT |
| Greg Barrison | Arthur Telegen |
| | Robert Fisher |

COUNSEL FOR PLAINTIFF          COUNSEL FOR DEFENDANT

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Bench Trial - Day 1 |
|---|---|
| 5/30/07 | Bench trial resumes with James Sultan on the stand.  Plaintiff asks for a recess as he is feeling ill.  Court gives counsel a chance to confer as to how to proceed in light of the plaintiff's illness.  Parties ask the court to suspend the proceedings until tomorrow and resume with Mr. Sultan on the stand.  Court grants the request. |