UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11107

| James Sultan | Verizon Communications |
|---|---|
| PLAINTIFF | DEFENDANT |
| Greg Barrison | Arthur Telegen |
| | Robert Fisher |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Bench Trial - Day 3 |
|---|---|
| 5/31/07 | Parties report that they have a stipulation regarding the alleged damages. Court marks the same as exhibit 25. |
| | Court goes over preliminary matters with the parties. Plaintiff retakes the stand and is reminded by the court that he remains under oath. Plaintiff call Bela Hasek - witness takes the stand and is sworn. Plaintiff rests. |
| | Defendant renews its request to dismiss on preemption grounds. Court denies the request. Defendant calls Harvey Jackson - witness takes the stand and is sworn. Defendant calls Bruce Merkis - witness takes the stand and is sworn. Defendant calls Joseph Conte - witness takes the stand and is sworn. Court is in recess until 2:15. Court resumes at 2:30 with Mr. Conte on the stand. Defendant calls B Driscoll - witness takes the stand and is sworn. Defendant rests. Plaintiff does not put on any rebuttal evidence. Evidence is closed. |
| | Parties ordered to return tomorrow at 1:30 pm for closing arguments. |