```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JAMES SULTAN,                       )
     Plaintiff,                     )
                                    )
        v.                          )  C.A. No. 04-11107-MLW
                                    )
                                    )
VERIZON SERVICE GROUP,              )
     Defendant.                     )
```

<u>ORDER</u>

WOLF, D.J.                                                  June 1, 2007

After a non-jury trial, for the reasons described in detail in court on June 1, 2007, it is hereby ORDERED that judgment shall enter for defendant Verizon Service Group.

```
                              /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE
```