UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JAMES SULTAN</u>

        Plaintiff(s)

v.                          CIVIL ACTION NO. <u>04-11107-MLW</u>

<u>VERIZON SERVICES GROUP</u>

        Defendant(s)

## <u>JUDGMENT IN A CIVIL CASE</u>

<u>WOLF, D.J.</u>

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict as to Count I.

**X**    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED: judgment shall enter for the DEFENDANT.**

SARAH A. THORNTON, CLERK

Dated: <u>June 4, 2007</u>                        /s/ Dennis O'Leary
                                                      ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____.

(judgciv.frm - 10/96)                                                                                                       [jgm.]