```
FILING FEE PAID:
RECEIPT # 50847
AMOUNT $ 455
BY DPTY CLK [signature]
DATE 6-22-07
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

James M. Sultan

V.                                         CASE NO. 04-11107-MLW

Verizon Services Group

## NOTICE OF APPEAL

Notice is hereby given that _James Sultan (Plaintiff)_ above named, hereby appeals from the _Judgement_ entered in the above entitled action on _June 1, 2007_.

By: James M. Sultan
P.O. Box 961227
Boston, MA 02196

[signature]

6-22-2007
Date

(Notice of Appeal.wpd - 12/98)