CM/ECF - USDC Massachusetts - Version 3.0.5 - Docket Report
Case 1:04-cv-11107-MLW   Document 82-2   Filed 07/20/2007   Page 1 of 10
Page 1 of 10

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11107-MLW

Sultan v. Verizon Communications Corporation et al
Assigned to: Chief Judge Mark L. Wolf
Case in other court: Suffolk Superior Court, 04-01855-E
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 05/26/2004
Date Terminated: 06/04/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**James M. Sultan**     represented by   **Gregory R. Barison**
Weston, Patrick, Willard & Redding
84 State Street,
11th Floor
Boston, MA 02109
617-742-9310
Fax: 617-742-5734
Email: gbarison@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard I. Wilgoren**
Law Office of Howard Wilgoren
Suite 700
6 Beacon Street
Boston, MA 02108
617-523-5233
Fax: 617-523-5236
Email: HWilgoren@aol.com
*TERMINATED: 05/04/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Verizon Communications Corporation**     represented by   **Arthur G. Telegen**
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210
617-832-1000
Fax: 617-832-7000
Email: atelegen@foleyhoag.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Robert A. Fisher**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000
Fax: 617-832-7000
Email: rfisher@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce Merkis** represented by **Arthur G. Telegen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harvey Jackson** represented by **Arthur G. Telegen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2004 | 1 | NOTICE OF REMOVAL by Harvey Jackson, Bruce Merkis, Verizon Communications Corporation from Suffolk Superior Court, case number 04-1855-E. $ 150, receipt number 56184.(Bell, Marie) (Entered: 05/27/2004) |
| 05/26/2004 | 2 | CORPORATE DISCLOSURE STATEMENT by Verizon Communications Corporation. (Bell, Marie) (Entered: 05/27/2004) |
| 05/26/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Bell, Marie) (Entered: 05/27/2004) |
| 05/27/2004 | 3 | Judge William G. Young : ORDER entered ORDER OF RECUSAL. (Smith, Bonnie) (Entered: 05/27/2004) |
| 05/28/2004 | 4 | ANSWER to Complaint by Bruce Merkis, Verizon Communications Corporation.(Fisher, Robert) (Entered: 05/28/2004) |
| 06/01/2004 | 5 | Notice of Reassignment. Judge Mark L. Wolf added. Judge William G. Young no longer assigned to case. cc/cl. (Bell, Marie) (Entered: |


| | | |
|---|---|---|
| | | 06/01/2004) |
| 06/02/2004 | 6 | STATE COURT Record Bruce Merkis served on 5/10/2004, answer due 5/31/2004; Verizon Communications Corporation served on 5/10/2004, answer due 5/31/2004. (Boyce, Kathy) (Entered: 06/07/2004) |
| 11/18/2004 | 7 | NOTICE of Scheduling Conference Scheduling Conference set for 12/20/2004 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 11/18/2004) |
| 12/06/2004 | 8 | Assented to MOTION to Continue Scheduling Conference by Bruce Merkis, Verizon Communications Corporation.(Fisher, Robert) (Entered 12/06/2004) |
| 12/16/2004 | | Judge Mark L. Wolf : Electronic ORDER entered granting 8 Motion to Continue Scheduling Conference scheduled for 12/20/2004. (O'Leary, Dennis) (Entered: 12/17/2004) |
| 01/25/2005 | 9 | NOTICE of Appearance by Howard I. Wilgoren on behalf of James M. Sultan, FILED. (Boyce, Kathy) (Entered: 01/28/2005) |
| 03/10/2005 | 10 | NOTICE of Scheduling Conference Scheduling Conference set for 4/18/2005 04:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 03/10/2005) |
| 03/16/2005 | 11 | NOTICE of Change of Address by Howard I. Wilgoren, FILED. (Boyce, Kathy) (Entered: 03/22/2005) |
| 04/14/2005 | 12 | JOINT STATEMENT re scheduling conference. (Fisher, Robert) (Entered: 04/14/2005) |
| 04/15/2005 | 13 | CERTIFICATE OF CONSULTATION by Robert A. Fisher on behalf of Bruce Merkis. (Fisher, Robert) (Entered: 04/15/2005) |
| 04/18/2005 | 14 | CERTIFICATE OF CONSULTATION by Robert A. Fisher on behalf of Verizon Communications Corporation. (Fisher, Robert) (Entered: 04/18/2005) |
| 04/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge Mark L. Wolf : Scheduling Conference held on 4/18/2005. Court sets a schedule for the remainder of the case. Scheduling order to issue. (O'Leary, Dennis) (Entered: 04/19/2005) |
| 04/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge Mark L. Wolf : Scheduling Conference held on 4/18/2005. Court sets the schedule for the remainder of the case. Scheduling order to issue (O'Leary, Dennis) (Entered: 04/19/2005) |
| 04/19/2005 | 15 | Judge Mark L. Wolf : ORDER entered. SCHEDULING ORDER: Final Pretrial Conference set for 1/23/2006 04:00 PM in Courtroom 10 before Judge Mark L. Wolf. Status Conference set for 1/5/2006 04:00 PM in Courtroom 10 before Judge Mark L. Wolf. Amended Pleadings due by 5/13/2005. Discovery due by 11/30/2005. Jury Trial set for 1/30/2006 09:00 AM in Courtroom 10 before Judge Mark L. Wolf.(O'Leary, |

CM/ECF - USDC Massachusetts - Version 3.0.5 - Docket Report   Page 4 o 10
Case 1:04-cv-11107-MLW   Document 82-2   Filed 07/20/2007   Page 4 of 10

| | | |
|---|---|---|
| | | Dennis) (Entered: 04/19/2005) |
| 04/25/2005 | 16 | CERTIFICATION pursuant to Local Rule 16.1 by James M. Sultan, FILED IN OPEN COURT, c/s(Boyce, Kathy) (Entered: 04/25/2005) |
| 04/29/2005 | 17 | MOTION to Amend 1 Notice of Removal by James M. Sultan. (Attachments: # 1 Exhibit 1), FILED, c/s.(Boyce, Kathy) Additional attachment(s) added on 5/5/2005 (Boyce, Kathy). Modified on 5/5/2005 to add a signed certificate of service to the motion to amend as the prior certificate of service was inadvertently unsigned(Boyce, Kathy). (Entered: 05/02/2005) |
| 05/05/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 17, Motion to Amend corrected because: to attach a signed certificate of service to the document (Boyce, Kathy) (Entered: 05/05/2005) |
| 05/13/2005 | 18 | Opposition re 17 MOTION to Amend 1 Notice of Removal filed by Verizon Communications Corporation. (Attachments: # 1 Exhibit Exhib: A# 2 Exhibit Exhibit b)(Fisher, Robert) (Entered: 05/13/2005) |
| 07/22/2005 | 19 | JOINT STATEMENT of counsel *Regarding Settlement Discussions*. (Fisher, Robert) (Entered: 07/22/2005) |
| 11/17/2005 | 20 | Joint MOTION to Amend *Scheduling Order* by James M. Sultan, Verizon Communications Corporation, Bruce Merkis.(Fisher, Robert) (Entered: 11/17/2005) |
| 11/28/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 20 Motion to Amend the scheduling order. ALLOWED. A hearing on the motion to amend the complaint/notice of removal shall be held on 12/20/2005 at 3:00 PM. (O'Leary, Dennis) (Entered: 11/29/2005) |
| 11/29/2005 | 21 | Judge Mark L. Wolf : ORDER entered. SCHEDULING ORDER: Final Pretrial Conference set for 4/25/2006 04:00 PM in Courtroom 10 before Judge Mark L. Wolf. Status Conference set for 4/6/2006 04:00 PM in Courtroom 10 before Judge Mark L. Wolf. Discovery to be completed by 2/28/2006. Jury Trial set for 5/1/2006 09:00 AM in Courtroom 10 before Judge Mark L. Wolf.(O'Leary, Dennis) (Entered: 11/29/2005) |
| 12/06/2005 | 22 | Assented to MOTION to Continue Motion Hearing by Verizon Communications Corporation, Bruce Merkis.(Fisher, Robert) (Entered: 12/06/2005) |
| 12/09/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 22 Motion to Continue Motion HearingMotion Hearing set for 12/22/2005 10:00 AM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 12/09/2005) |
| 12/12/2005 | 23 | Judge Mark L. Wolf : Pltf James M. Sultan has not filed a memorandum of law in support of his Motion to Amend Complaint (the "Motion") as required by Local Rule 7.1(B)(1) of the Local Rules of the United States District Court for the District of Massachusetts. Defts' Opposition to Pltf's Motion to Amend the Complaint cites substantial authority for their |

| | | |
|---|---|---|
| | | coontention that the proposed amendment is futile and, therefore. should be denied. Accordingly, it is hereby ORDERED that the pltf shall, by December 16, 2005, either file a memorandum of law in support of his Motion which addresses the defts' arguments or withdraw the Motion. (Boyce, Kathy) (Entered: 12/12/2005) |
| 12/16/2005 | 24 | REPLY to Response to Motion re 17 MOTION to Amend 1 Notice of Removal filed by James M. Sultan. (Wilgoren, Howard) (Entered: 12/16/2005) |
| 12/22/2005 | 25 | Judge Mark L. Wolf : ORDER entered granting 17 Motion to Amend. 1. With the agreement of plaintiff James M. Sultan, hisclaims against Bruc Merkis and Harvey Jackson are WITHDRAWN.2. Plaintiff's Motion to Amend Complaint (Docket No. 17) isALLOWED with regard to his claim that his termination violatedM.G.L. c. 151B. 3. Defendant shall answer the Amended Complaint within 21days.4. The parties shall comply with the November 29, 2005Amended Scheduling Order. (O'Leary, Dennis) (Entered: 12/23/2005) |
| 01/05/2006 | 26 | MOTION to Withdraw as Attorney by James M. Sultan.(Wilgoren, Howard) (Entered: 01/05/2006) |
| 01/12/2006 | 27 | ANSWER to Complaint *Amended* by Verizon Communications Corporation.(Fisher, Robert) (Entered: 01/12/2006) |
| 01/30/2006 | 28 | NOTICE of Appearance by Gregory R. Barison on behalf of James M. Sultan (Barison, Gregory) (Entered: 01/30/2006) |
| 03/15/2006 | 29 | Letter/request (non-motion) from Defendant requesting summary judgment briefing schedule. (Fisher, Robert) (Entered: 03/15/2006) |
| 03/22/2006 | 30 | JOINT STATEMENT of counsel *regarding settlement discussions*. (Fisher, Robert) (Entered: 03/22/2006) |
| 04/04/2006 | 31 | Notice Cancelling Hearing. Hearing cancelled: Status Conference scheduled for April 6, 2006 at 4:00 PM. (O'Leary, Dennis) (Entered: 04/04/2006) |
| 04/25/2006 | 32 | JOINT STATEMENT of counsel *regarding Proposed Summary Judgment Schedule*. (Fisher, Robert) (Entered: 04/25/2006) |
| 05/04/2006 | | Judge Mark L. Wolf : Electronic ORDER entered granting 26 Motion to Withdraw as Attorney. As Mr. Barison has filed an appearance, this motion is hereby ALLOWED. (O'Leary, Dennis) (Entered: 05/04/2006) |
| 05/04/2006 | | Judge Mark L. Wolf : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 32 Joint statement of counsel. ALLOWED and so ORDERED(O'Leary, Dennis) (Entered: 05/09/2006) |
| 05/19/2006 | 33 | TRANSCRIPT of Hearing held on December 22, 2005 before Judge Wolf. Court Reporter: Richard H. Romanow. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-0370or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/19/2006) |

| 05/31/2006 | 34 | MOTION for Summary Judgment by Verizon Communications Corporation.(Fisher, Robert) (Entered: 05/31/2006) |
|---|---|---|
| 05/31/2006 | 35 | MEMORANDUM in Support re 34 MOTION for Summary Judgment filed by Verizon Communications Corporation. (Attachments: # 1 Affidavit Harvey Jackson# 2 Notice of Filing Affidavit of Robert A. Fisher with Clerk's Office)(Fisher, Robert) (Entered: 05/31/2006) |
| 05/31/2006 | 36 | NOTICE of Filing Affidavit of Robert A. Fisher With the Clerk's Office by Verizon Communications, Inc., FILED. (Boyce, Kathy) (Entered: 06/01/2006) |
| 05/31/2006 | 37 | AFFIDAVIT with Exhibits A-H of Robert A. Fisher in Support of Deft's Motion for Summary Judgment Support re 36 Notice (Other) (Bound volume - not scanned), FILED. (Boyce, Kathy) (Entered: 06/01/2006) |
| 06/30/2006 | 38 | Opposition re 34 MOTION for Summary Judgment filed by James M. Sultan. (Attachments: # 1 Affidavit Affidavit of Bela Hasek# 2 Notice o Manual Filing)(Barison, Gregory) (Entered: 06/30/2006) |
| 06/30/2006 | 40 | Letter dated 6/30/06 from Gregory R. Barison to clerk enclosing Notice of Filing With the Clerk's Office, Document No. 39, FILED. (Boyce, Kathy) (Entered: 07/06/2006) |
| 07/06/2006 | 39 | Pltf's NOTICE of Filing With Clerk's Office (1). Affidavit of Pltf James Sultan, in support of his Opposition to the Deft's Motion for Summary Judgment, with Exhibits A-G; amd (2). Affidavit of pltf's Counsel, Gregory R. Barison, Esq. in Support of Pltf's Opposition to Deft's Motio for Summary Judgment, with Exhibits A-B (bound volume - not scanned (Boyce, Kathy) (Entered: 07/06/2006) |
| 07/14/2006 | 41 | Assented to MOTION for Leave to File *Reply Memorandum* by Verizon Communications Corporation. (Attachments: # 1 Exhibit Reply Memorandum)(Fisher, Robert) (Entered: 07/14/2006) |
| 07/18/2006 |  | Judge Mark L. Wolf : Electronic ORDER entered granting 41 Motion fo Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures (O'Leary, Dennis) (Entered: 07/18/2006) |
| 07/19/2006 | 42 | REPLY to Response to Motion re 34 MOTION for Summary Judgment filed by Verizon Communications Corporation. (Fisher, Robert) (Entered: 07/19/2006) |
| 12/18/2006 | 43 | NOTICE of Hearing on Motion 34 MOTION for Summary Judgment: Motion Hearing set for 2/5/2007 03:00 PM in Courtroom 10 before Chie Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 12/18/2006) |
| 12/20/2006 | 44 | Judge Mark L. Wolf : ORDER entered. ORDER TO SHOW CAUSE Show Cause Response due by 1/8/2007.(O'Leary, Dennis) (Entered: 12/20/2006) |
| 12/27/2006 | 45 | RESPONSE TO ORDER TO SHOW CAUSE by James M. Sultan. |

| | | |
|---|---|---|
| | | (Barison, Gregory) (Entered: 12/27/2006) |
| 01/08/2007 | 46 | RESPONSE TO ORDER TO SHOW CAUSE by Verizon Communications Corporation. (Attachments: # 1 Exhibit Affidavit of Jane Schapker)(Fisher, Robert) (Entered: 01/08/2007) |
| 01/16/2007 | 47 | Judge Mark L. Wolf : ORDER entered. ORDER TO SHOW CAUSE Show Cause Response due by 1/22/2007. Responses due by 1/29/2007. (O'Leary, Dennis) (Entered: 01/16/2007) |
| 01/18/2007 | 48 | RESPONSE TO ORDER TO SHOW CAUSE by James M. Sultan. (Attachments: # 1 Affidavit in Support of Plaintiff's Response to Notice to Show Cause# 2 Reformatted & revised Plaintiff's Opposition to Defendant's Motion for Summary Judgment)(Barison, Gregory) (Entered 01/18/2007) |
| 01/25/2007 | 49 | RESPONSE TO ORDER TO SHOW CAUSE by Verizon Communications Corporation. (Fisher, Robert) (Entered: 01/25/2007) |
| 02/05/2007 | | Electronic Clerk's Notes for proceedings held before Judge Mark L. Wolf : Motion Hearing held on 2/5/2007 re 34 MOTION for Summary Judgment filed by Verizon Communications Corporation,. Atty. Barison present for the plaintiff. Atty. Fisher present for the defendant. After hearing, the matter is taken "under advisement". Plaintiff's oral motion to amend the complaint to substitute parties is ALLOWED by the Court. (Court Reporter Richard Romanow.) (Johnson, Mary) Modified on 2/5/2007 (Johnson, Mary). (Entered: 02/05/2007) |
| 02/06/2007 | 50 | Second AMENDED COMPLAINT against Verizon Communications Corporation, filed by James M. Sultan.(Barison, Gregory) (Entered: 02/06/2007) |
| 02/16/2007 | 51 | ANSWER to Amended Complaint by Verizon Communications Corporation.(Fisher, Robert) (Entered: 02/16/2007) |
| 03/27/2007 | 52 | Judge Mark L. Wolf : ORDER entered denying 34 Motion for Summary Judgment. Accordingly, it is hereby ORDERED that: 1. Defendant's Motion for Summary Judgment, (Docket No. 34),is DENIED. 2. A pretrial conference will be held on May 15, 2007, at 3:00 p.m. The parties shall comply with the attached Order concerning that conference. 3. Trial will commence on May 29, 2007, at 9:00 a.m. (Attachments: # 1) (O'Leary, Dennis) (Entered: 03/27/2007) |
| 03/27/2007 | 53 | Judge Mark L. Wolf : ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 5/15/2007 03:00 PM in Courtroom 10 before Chief Judge Mark L. Wolf. Jury Trial set for 5/29/2007 09:00 AM in Courtroom 10 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 03/27/2007) |
| 03/30/2007 | 54 | MOTION for Reconsideration re 52 Order on Motion for Summary Judgment, by Verizon Communications Corporation.(Fisher, Robert) (Entered: 03/30/2007) |
| 04/30/2007 | 55 | Assented to MOTION to Continue *Trial* by Verizon Communications |

| | | |
|---|---|---|
| | | Corporation.(Fisher, Robert) (Entered: 04/30/2007) |
| 05/01/2007 | 56 | PRETRIAL MEMORANDUM by James M. Sultan, Verizon Communications Corporation. (Fisher, Robert) (Entered: 05/01/2007) |
| 05/01/2007 | 57 | MOTION in Limine *To Preclude Plaintiff's Expert from Testifying* by Verizon Communications Corporation.(Fisher, Robert) (Entered: 05/01/2007) |
| 05/01/2007 | 58 | MEMORANDUM in Support re 57 MOTION in Limine *To Preclude Plaintiff's Expert from Testifying* filed by Verizon Communications Corporation. (Fisher, Robert) (Entered: 05/01/2007) |
| 05/01/2007 | 59 | AFFIDAVIT in Support re 57 MOTION in Limine *To Preclude Plaintiff's Expert from Testifying* filed by Verizon Communications Corporation. (Fisher, Robert) (Entered: 05/01/2007) |
| 05/07/2007 | 60 | Opposition re 57 MOTION in Limine *To Preclude Plaintiff's Expert from Testifying* filed by James M. Sultan. (Attachments: # 1 # 2 # 3 # 4) (Barison, Gregory) (Entered: 05/07/2007) |
| 05/08/2007 | | Judge Mark L. Wolf : Electronic ORDER entered denying 55 Motion to Continue. DENIED. The court will, however, try to arrange Mr. Jackson's testimony to be completed in a single day. (O'Leary, Dennis) (Entered: 05/08/2007) |
| 05/08/2007 | 61 | Judge Mark L. Wolf : ORDER entered. MEMORANDUM AND ORDER. Accordingly, it is hereby ORDERED that Defendant's Motion forReconsideration (Docket No. 56) is DENIED.(O'Leary, Dennis) (Entered: 05/08/2007) |
| 05/08/2007 | 62 | Objection by James M. Sultan *to Exhibits Whose Admission is not Agreed Upon*. (Barison, Gregory) (Entered: 05/08/2007) |
| 05/08/2007 | 63 | Objection by Verizon Communications Corporation *To Proposed Exhibits*. (Fisher, Robert) (Entered: 05/08/2007) |
| 05/11/2007 | 64 | MOTION for Leave to File *Reply Memorandum in Support of Motion In Limine - Unopposed* by Verizon Communications Corporation. (Attachments: # 1 Exhibit Reply Memorandum)(Fisher, Robert) (Entered: 05/11/2007) |
| 05/15/2007 | 65 | Clerk's Notes for proceedings held before Judge Mark L. Wolf : Final Pretrial Conference held on 5/15/2007. (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 05/16/2007) |
| 05/18/2007 | 66 | MOTION for Reconsideration re 57 MOTION in Limine *To Preclude Plaintiff's Expert from Testifying* by James M. Sultan. (Attachments: # 1) (Barison, Gregory) Additional attachment(s) added on 6/7/2007 (Boyce, Kathy). Modified on 6/7/2007 to attach document with atty's electronic signature (Boyce, Kathy). (Entered: 05/18/2007) |
| 05/18/2007 | 69 | Judge Mark L. Wolf : PRETRIAL ORDER entered granting 57 Motion in Limine and establishing various filing deadlines. (O'Leary, Dennis) |

| | | |
|---|---|---|
| | | (Entered: 05/22/2007) |
| 05/21/2007 | 67 | STIPULATION *of Trial by the Court* by James M. Sultan, Verizon Communications Corporation. (Fisher, Robert) (Entered: 05/21/2007) |
| 05/21/2007 | 68 | NOTICE by Verizon Communications Corporation *of Filing Trial Exhibits With Clerk's Office* (Fisher, Robert) (Entered: 05/21/2007) |
| 05/22/2007 | 70 | TRIAL BRIEF by James M. Sultan. (Barison, Gregory) (Entered: 05/22/2007) |
| 05/22/2007 | 71 | Proposed Findings of Fact by James M. Sultan. (Barison, Gregory) (Entered: 05/22/2007) |
| 05/22/2007 | 72 | TRIAL BRIEF & *Proposed Findings of Fact and Conclusions of Law* by Verizon Communications Corporation. (Fisher, Robert) (Entered: 05/22/2007) |
| 05/22/2007 | 73 | Opposition re 66 MOTION for Reconsideration re 57 MOTION in Limine *To Preclude Plaintiff's Expert from Testifying* filed by Verizon Communications Corporation. (Fisher, Robert) (Entered: 05/22/2007) |
| 05/25/2007 | | ELECTRONIC NOTICE OF RESCHEDULING (as to time only)Bench Trial previously set for 5/29/2007 at 9:00 am is now set for 5/29/2007 09:30 AM in Courtroom 10 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 05/25/2007) |
| 05/29/2007 | 74 | Judge Mark L. Wolf : SEQUESTRATION ORDER entered.(O'Leary, Dennis) (Entered: 05/29/2007) |
| 05/29/2007 | 75 | Clerk's Notes for proceedings held before Judge Mark L. Wolf : Bench Trial held on 5/29/2007. (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 05/29/2007) |
| 05/30/2007 | 76 | Clerk's Notes for proceedings held before Judge Mark L. Wolf : Bench Trial held on 5/30/2007. (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 05/30/2007) |
| 05/31/2007 | 77 | Clerk's Notes for proceedings held before Judge Mark L. Wolf : Bench Trial held on 5/31/2007. (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 06/01/2007) |
| 06/01/2007 | 78 | Judge Mark L. Wolf : ORDER entered. After a non-jury trial, for the reasons described in detail incourt on June 1, 2007, it is hereby ORDERED that judgment shallenter for defendant Verizon Service Group.(O'Leary, Dennis) (Entered: 06/04/2007) |
| 06/04/2007 | 79 | Judge Mark L. Wolf : ORDER entered. JUDGMENT in favor of Verizon Services Group against James Sultan(O'Leary, Dennis) (Entered: 06/04/2007) |
| 06/07/2007 | | Notice of correction to docket made by Court staff. Correction: Document No. 66, Motion to Reconsider corrected because: to attach document complete with atty's electronic signature (Boyce, Kathy) (Entered: 06/07/2007) |

| 06/22/2007 | ●81 | NOTICE OF APPEAL as to 79 Judgment by James M. Sultan NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 7/12/2007 (Boyce, Kathy) (Entered: 06/22/2007) |
|---|---|---|
| 06/22/2007 | ● | USCA Appeal Fees received $ 455 receipt number 80847 re 81 Notice of Appeal, filed by James M. Sultan (Boyce, Kathy) (Entered: 06/22/2007) |